IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CORDALE DIJON EASON, #157152**                                                                   **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO.  1:12cv241-JMR**

**OFFICER JEFFREY FRYE #280 (K-9) and**
**MELVIN BRISOLARA**                                                                                  **DEFENDANTS**

## JUDGMENT

This matter is before the Court pursuant to the Motion [43] for Summary Judgment filed by the Defendants, pursuant to Federal Rules of Civil Procedure 56. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED that the Defendants' Motion for Summary Judgment [43] be, and is hereby, granted. It is further,

ORDERED that all claims advanced against the Defendants pursuant to 42 U.S.C. § 1983, whether advanced against them in their individual or official capacities be, and are hereby, dismissed with prejudice. It is further,

ORDERED that any claim advanced against these Defendants under state law be, and is hereby, dismissed with prejudice. It is further,

ORDERED that each party bear their respective costs associated with this motion. A copy of the Memorandum Opinion and this Judgment was mailed to the Plaintiff at his last known address by certified mail, return receipt requested.

SO ORDERED, this the 18th day of September, 2013.

*s/ John M. Roper, Sr.*
CHIEF UNITED STATES MAGISTRATE JUDGE